FILED
October 23, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GRANT NOTT,<br><br>        Defendant. | Case No. 2:17-mj-00187-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, GRANT NOTT, Case No. 2:17-mj-00187-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___     Release on previously imposed supervised release conditions.

_X_     Bail Posted in the Sum of: $50,000.00.

        _X_     Co-Signed Unsecured Appearance Bond

        ___     Secured Appearance Bond

        _X_     (Other) Conditions as stated on the record.

        _X_     (Other) The Defendant shall be released on 10/24/2017 at 9:00 a.m. to the custody of the Pretrial Services Officer for transport to Well Space Inpatient Treatment Facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/23/2017  at  2:25 p.m.

By   /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge