HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GRANT NOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-00205-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| GRANT NOTT, | ) |
| Defendant. | ) Date: December 15, 2017<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Grant Nott, **that the status conference scheduled for December 15, 2017 be vacated and continued to February 9, 2018 at 9:00 a.m..** Defense counsel requires additional time to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 9, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

|     |                          |                                       |
| --- | ------------------------ | ------------------------------------- |
|  1  |                          | Respectfully submitted,               |
|  2  |                          | HEATHER E. WILLIAMS<br>Federal Defender |
|  3  |                          |                                       |
|  4  | Date: December 12, 2017  | */s/ Jerome Price*                    |
|     |                          | JEROME PRICE                          |
|  5  |                          | Assistant Federal Defender            |
|     |                          | Attorneys for Defendant               |
|  6  |                          | GRONT NOTT                            |
|  7  | Date: December 12, 2017  | PHILLIP A. TALBERT                    |
|     |                          | United States Attorney                |
|  8  |                          |                                       |
|  9  |                          | */s/ Cameron Desmond*                 |
|     |                          | CAMERON DESMOND                       |
| 10  |                          | Assistant U.S. Attorney               |
|     |                          | Attorney for Plaintiff                |

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' |
| 3 | stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as |
| 4 | its order. The Court specifically finds the failure to grant a continuance in this case would deny |
| 5 | counsel reasonable time necessary for effective preparation, taking into account the exercise of |
| 6 | due diligence. The Court finds the ends of justice are served by granting the requested |
| 7 | continuance and outweigh the best interests of the public and defendant in a speedy trial. |
| 8 | The Court orders the time from the date the parties stipulated, up to and including |
| 9 | February 9, 2018, shall be excluded from computation of time within which the trial of this case |
| 10 | must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) |
| 11 | and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It** |
| 12 | **is further ordered the December 15, 2017 status conference shall be continued until** |
| 13 | **February 9, 2018, at 9:00 a.m. before Hon. Garland E. Burrell Jr.** |
| 14 | **Dated: December 12, 2017** |

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge