1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   GRANT NOTT
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  2:17-cr-205-GEB
                                       )
12                 Plaintiff,          )  STIPULATION AND [PROPOSED] ORDER
                                       )  TO CONTINUE STATUS CONFERENCE
13        vs.                          )
                                       )  Date: April 27, 2018
14  GRANT NOTT,                        )  Time:  9:00 a.m
                                       )  Judge: Hon. Garland E. Burrell, Jr.
15                 Defendant.          )
                                       )
16  _____)

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18  Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff,

19  and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price,

20  attorney for Grant Nott, **that the status conference scheduled for April 27, 2018 be vacated**

21  **and continued to June 22, 2018 at 9:00 a.m.**

22        Defense counsel requires additional time to continue reviewing discovery provided by the

23  government, discussing the evidence with Mr. Nott, investigating the facts of the case, and

24  conducting further legal research.

25        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded from this order's date through and including June 22, 2018,  pursuant to 18 U.S.C.

27  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28  based upon continuity of counsel and defense preparation.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | |
| 4 | Date: April 25, 2018      */s/ Jerome Price*<br>JEROME PRICE |
| 5 | Assistant Federal Defender<br>Attorneys for Defendant GRANT NOTT |
| 6 | |
| 7 | Date: April 25, 2018      McGREGOR W. SCOTT<br>United States Attorney |
| 8 | |
| 9 | */s/ Cameron Desmond*<br>CAMERON DESMOND |
| 10 | Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 22, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the April 27, 2018 status conference shall be continued until June 22, 2018, at 9:00 a.m.**

**Dated: April 26, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge