HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
GRANT NOTT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>GRANT NOTT,<br><br>           Defendant. | Case No.  2:17-cr-205-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  September 21, 2018<br>Time:  9:00 a.m<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Grant Nott, **that the status conference scheduled for September 21, 2018 be vacated and continued to November 16, 2018 at 9:00 a.m.**

Defense counsel requires additional time to continue reviewing discovery provided by the government, discussing the evidence with Mr. Nott, investigating the facts of the case, and conducting further legal research.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 16, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 18, 2018             /s/ Jerome Price
                                     JEROME PRICE
                                     Assistant Federal Defender
                                     Attorneys for Defendant GRANT NOTT

Date: September 18, 2018             McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Cameron Desmond
                                     CAMERON DESMOND
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 16, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the September 21, 2018 status conference shall be continued until November 16, 2018, at 9:00 a.m.**

Dated: September 19, 2018

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge