| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | GRANT NOTT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-205-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| | ) Date: November 16, 2018 |
| GRANT NOTT, | ) Time: 9:00 a.m |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Cameron Desmond, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Grant Nott, **that the status conference scheduled for November 16, 2018 be vacated and continued to January 11, 2019 at 9:00 a.m.**

Defense counsel requires additional time to continue reviewing discovery provided by the government, discussing the evidence with Mr. Nott, investigating the facts of the case, and conducting further legal research.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 11, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue Status Conference -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2018   */s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant GRANT NOTT

Date: November 14, 2018   McGREGOR W. SCOTT
United States Attorney

*/s/ Cameron Desmond*
CAMERON DESMOND
Assistant United States Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 11, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 16, 2018 status conference shall be continued until January 11, 2019, at 9:00 a.m.**

Dated: November 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge