McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00205 GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| GRANT NOTT, | DATE: February 22, 2019 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 22, 2019.

2. By this stipulation, defendant now moves to continue the status conference until April 5, 2019, and to exclude time between February 22, 2019, and April 5, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 300 pages of documents and recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to discuss this discovery with the defendant as well as conduct investigation into facts and law that could affect sentencing.

1         c)      Counsel for defendant believes that failure to grant the above-requested

2 continuance would deny him/her the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4         d)      The government does not object to the continuance.

5         e)      Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of February 22, 2019 to April 5,

10 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code

11 T4] because it results from a continuance granted by the Court at defendant's request on the basis

12 of the Court's finding that the ends of justice served by taking such action outweigh the best

13 interest of the public and the defendant in a speedy trial.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 20, 2019                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ CAMERON L. DESMOND
                                            CAMERON L. DESMOND
                                            Assistant United States Attorney


Dated:  February 20, 2019                    /s/ Jerome Price
                                            Jerome Price
                                            Counsel for Defendant
                                            GRANT NOTT


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 20, 2019


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge