UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00205 WBS |
| Plaintiff, | |
| v. | ORDER |
| GRANT NOTT, | |
| Defendant. | |

----oo0oo----

Defendant has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 55.) The court previously denied a similar pro se motion by defendant based on failure to exhaust (Docket Nos. 52, 54). Defendant, presently appearing through counsel, represents that he has now exhausted his administrative remedies and attaches exhibits in support of that representation.

The United States shall file any opposition to defendant's motion no later than fourteen (14) days from the date of this order. Defendant may file a reply no later than seven

1

1  (7) days from the date of the filing of the United States'
2  opposition.  In addition to addressing the merits of defendant's
3  motion, the parties' briefing shall address what deference, if
4  any, the court should give to any determinations by the Bureau of
5  Prisons and/or defendant's warden in deciding the instant motion.
6         After briefing is complete, the court will take the
7  motion under submission and will inform the parties if oral
8  argument or further proceedings are necessary.
9         IT IS SO ORDERED
10 Dated:  October 14, 2020      _____
                                  WILLIAM B. SHUBB
11                                UNITED STATES DISTRICT JUDGE

2