McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00205-WBS |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| GRANT NOTT, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion for compassionate release on October 8, 2020. Docket No. 55. The government's response is due on October 29, 2020, with any reply from the defendant due on November 5, 2020. Docket No. 60.

2.  Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)  The government's response to the defendant's motion to be filed on or before November 2, 2020;

      b)    The defendant's reply to the government's response to be filed on or before November 9, 2020.

IT IS SO STIPULATED.

Dated:  October 29, 2020                                     McGREGOR W. SCOTT
                                                                                    United States Attorney


                                                                                    /s/ ROSS PEARSON
                                                                                    ROSS PEARSON
                                                                                    Assistant United States Attorney


Dated:  October 29, 2020                                      /s/ RACHELLE BARBOUR
                                                                                    RACHELLE BARBOUR
                                                                                    Counsel for Defendant
                                                                                    GRANT NOTT


## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 55, is due on or before November 2, 2020;

    b)    The defendant's reply to the government's response, if any, is due on November 9, 2020.

IT IS SO FOUND AND ORDERED.


Dated:  October 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE                    2